**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| David R. Shelist | § | Case No. 15-27169 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/09/2015 . The undersigned trustee was appointed on 08/09/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 17,500.00 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 350.00 |
| Bank service fees | 15.10 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 17,134.90 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  07/25/2016  and the deadline for filing governmental claims was  07/25/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,500.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,500.00 , for a total compensation of $ 2,500.00 $^2$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 10.24 , for total expenses of $ 10.24 $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  09/13/2017                      By: /s/STEVEN R. RADTKE
                                           Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-27169 | JSB | Judge: | Janet S. Baer | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | David R. Shelist | | | | Date Filed (f) or Converted (c): | 08/09/2015 (f) |
| | | | | | 341(a) Meeting Date: | 09/21/2015 |
| For Period Ending: | 09/13/2017 | | | | Claims Bar Date: | 07/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Martial Residence - 1833 W. Henderson, Chicago, IL Tenancy b | 1,100,000.00 | 255,000.00 | | 17,500.00 | FA |
| 2. Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account - Oak Bank xx9293-$4400 | 2,200.00 | 2,200.00 | | 0.00 | FA |
| 4. Savings Account - Oak Bank xx9293 | 4,400.00 | 4,400.00 | | 0.00 | FA |
| 5. Ordinary household furnishings: kitchen set, bedroom sets, s | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Ordinary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7. Wedding bank and watch | 600.00 | 0.00 | | 0.00 | FA |
| 8. Golf clubs | 100.00 | 0.00 | | 0.00 | FA |
| 9. Guardian Whole Life Insurance Policy - Wife is Benficiary (C | 38,664.00 | 0.00 | | 0.00 | FA |
| 10. IRA - Invesco | 3,251.00 | 0.00 | | 0.00 | FA |
| 11. PiMCO IRA | 12,268.00 | 0.00 | | 0.00 | FA |
| 12. IRA - New York Life | 8,431.00 | 0.00 | | 0.00 | FA |
| 13. 50% ownership in Unique Concepts LLC d/b/a Denim Lounge | 0.00 | 1.00 | | 0.00 | FA |
| 14. RS Investment account xx884 of minor child 2-Debtor is custo | 0.00 | 0.00 | | 0.00 | FA |
| 15. 10% interest Shelist Partnership (Dissolved) | 0.00 | 0.00 | | 0.00 | FA |
| 16. RS Investment account xx 494 of minor child 1-Debtor is cust | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,171,764.00 | $261,601.00 | | $17,500.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

6/2017 Settlement reached subject to tender of funds, execution of written agreements and court approval (Funds received, motion to approve settlement pending)

6/2016 Waiting for bar date to pass

4/2016 Filed asset report

One half interest in real estate located at 1833 W. Henderson, Chicago, IL held as tenants by the entirety and one half interest in operating retail clothing business

Initial Projected Date of Final Report (TFR): 06/30/2018       Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-27169 | Trustee Name: STEVEN R. RADTKE |
| Case Name: David R. Shelist | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6388 |
| | Checking |
| Taxpayer ID No: XX-XXX0701 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/17 | 1 | David R. Shelist and Wendy Gordon Shelist<br>1833 W. Henderson St.<br>Chicago, IL 60657 | Settlement Re: Residence | 1110-000 | $17,500.00 | | $17,500.00 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.10 | $17,484.90 |
| 08/16/17 | 1001 | Baird & Warner Real Estate<br>4057 North Damen Avenue<br>Chicago, IL 60618 | Payment per order of Court dated 8/15/17 | 3991-000 | | $350.00 | $17,134.90 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $17,500.00 | $365.10 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $17,500.00 | $365.10 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $17,500.00 | $365.10 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*      Page Subtotals:      $17,500.00     $365.10

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6388 - Checking | $17,500.00 | $365.10 | $17,134.90 |
| | $17,500.00 | $365.10 | $17,134.90 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $17,500.00 |
| Total Gross Receipts: | $17,500.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*         Page Subtotals:         $0.00         $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 15-27169  
Debtor Name: David R. Shelist  
Claims Bar Date: 7/25/2016  

Date: September 13, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $2,500.00 | $2,500.00 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $10.24 | $10.24 |
| 100 3110 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $6,262.50 | $6,262.50 |
| 100 3120 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $4.11 | $4.11 |
| 1 300 7100 | American Express Bank Fsb<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Unsecured | | $0.00 | $26,294.66 | $26,294.66 |
| 2 300 7100 | American Express Centurion Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Unsecured | | $0.00 | $10,250.02 | $10,250.02 |
| 3 300 7100 | American Express Bank Fsb<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Unsecured | | $0.00 | $7,776.15 | $7,776.15 |
| 4 300 7100 | Portfolio Recovery Associates, Llc<br>Successor To U.S. Bank National<br>Association (Elan Northern Trust)<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $0.00 | $10,392.73 | $10,392.73 |
| | Case Totals | | | $0.00 | $63,490.41 | $63,490.41 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-27169  
Debtor Name: David R. Shelist  
Claims Bar Date: 7/25/2016

Date: September 13, 2017

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-27169
Case Name: David R. Shelist
Trustee Name: STEVEN R. RADTKE

Balance on hand $ 17,134.90

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 10.24 | $ 0.00 | $ 10.24 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 6,262.50 | $ 0.00 | $ 6,262.50 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 4.11 | $ 0.00 | $ 4.11 |

Total to be paid for chapter 7 administrative expenses $ 8,776.85

Remaining Balance $ 8,358.05

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,713.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Bank Fsb | $ 26,294.66 | $ 0.00 | $ 4,016.78 |
| 2 | American Express Centurion Bank | $ 10,250.02 | $ 0.00 | $ 1,565.79 |
| 3 | American Express Bank Fsb | $ 7,776.15 | $ 0.00 | $ 1,187.89 |
| 4 | Portfolio Recovery Associates, Llc | $ 10,392.73 | $ 0.00 | $ 1,587.59 |
| | Total to be paid to timely general unsecured creditors | | $ | 8,358.05 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE