UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 15-27169 |
| | ) | |
| DAVID R. SHELIST, | ) | Hon. Janet S. Baer |
| | ) | |
| | ) | |
| Debtors. | ) | |

## Certificate Of Service

I, Steven R. Radtke, hereby certify that on **October 11, 2017**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/ Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

ShelistNFRCrtSrv

SERVICE LIST
DAVID R. SHELIST, DEBTOR
CASE NO. 15-27169

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

David R. Shelist
1833 W. Henderson
Chicago, IL 60657

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Portfolio Recovery Associates LLC
Successor To U.S. Bank National
Association (Elan Northern Trust)
PO Box 41067
Norfolk, VA 23541

ShelistTFRSrvList

1