UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
§
David R. Shelist § Case No. 15-27169
§
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 6,600.00<br>*(Without deducting any secured claims)* | Assets Exempt: 80,164.00 |
| Total Distributions to Claimants: 8,358.05 | Claims Discharged<br>Without Payment: 1,471,069.51 |
| Total Expenses of Administration: 9,141.95 | |

3) Total gross receipts of $ 17,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 17,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,100,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,141.95 | 9,141.95 | 9,141.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 324,714.00 | 54,713.56 | 54,713.56 | 8,358.05 |
| **TOTAL DISBURSEMENTS** | $ 1,424,714.00 | $ 63,855.51 | $ 63,855.51 | $ 17,500.00 |

4) This case was originally filed under chapter 7 on 08/09/2015 . The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/05/2018                              By:/s/STEVEN R. RADTKE
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Martial Residence - 1833 W. Henderson, Chicago, IL Tenancy b | 1110-000 | 17,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 17,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Oak Bank 1000 N. Rusch Street Chicago, IL 60611 | | 1,100,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 1,100,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 10.24 | 10.24 | 10.24 |
| Associated Bank | 2600-000 | NA | 15.10 | 15.10 | 15.10 |
| STEVEN R. RADTKE | 3110-000 | NA | 6,262.50 | 6,262.50 | 6,262.50 |
| STEVEN R. RADTKE | 3120-000 | NA | 4.11 | 4.11 | 4.11 |
| Baird & Warner Real Estate | 3991-000 | NA | 350.00 | 350.00 | 350.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,141.95 | $ 9,141.95 | $ 9,141.95 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Becket & Lee LLP 16 General Warren Blvd Malvern, PA 19355 | | 6,927.00 | NA | NA | 0.00 |
| | American Express c/o Becket & Lee LLP, 16 General Warren Blvd. Malvern, PA 19355 | | 27,243.00 | NA | NA | 0.00 |
| | American Express c/o Becket & Lee LLP, 16 General Warren Blvd. Malvern, PA 19355 | | 10,802.00 | NA | NA | 0.00 |
| | Bank of America Attn: Bankruptcy Department, P.O. Box 660402 Dallas, TX 75266-0402 | | 28,154.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bloomingdales Amex c/o Becket & Lee LLP, 16 General Warren Blvd. Malvern, PA 19355 | | 14,070.00 | NA | NA | 0.00 |
| | Capital One Attn: Bankruptcy Dept, P.O. Box 30273 Salt Lake City, UT 84130 | | 14,279.00 | NA | NA | 0.00 |
| | Chase Attn: Bankruptcy Department, P.O. Box 1093 Northridge, CA 91328 | | 6,000.00 | NA | NA | 0.00 |
| | Citibank Advantage Attn: Bankruptcy Dept, P.O. Box 6497 Sioux Falls, SD 57117 | | 59,105.00 | NA | NA | 0.00 |
| | Citicard/Citibank Platinum Attn: Bankruptcy Dept, P.O. Box 6500 Sioux Falls, SD 57117 | | 47,224.00 | NA | NA | 0.00 |
| | GM Mastercard P.O. Box 30256 Salt Lake City, UT 84130-0256 | | 7,631.00 | NA | NA | 0.00 |
| | Mileage Plus United Credit Card P.O. Box 94014 Palatine, IL 60094-4014 | | 10,914.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Northern Trust Visa 50 S LaSalle St Chicago, IL 60603 |  | 9,212.00 | NA | NA | 0.00 |
|  | Oak Bank 1000 N Rush St Chicago, IL 60611 |  | 74,000.00 | NA | NA | 0.00 |
|  | Pioneer Roscoe LLC c/o Pioneer Acquisitions 180 E. Post Road, #201 White Plaines, NY 10601 |  | 0.00 | NA | NA | 0.00 |
|  | TJX Mastercard P.O. Box 530948 Atlanta, GA 30353 |  | 9,153.00 | NA | NA | 0.00 |
| 1 | American Express Bank Fsb | 7100-000 | NA | 26,294.66 | 26,294.66 | 4,016.78 |
| 3 | American Express Bank Fsb | 7100-000 | NA | 7,776.15 | 7,776.15 | 1,187.89 |
| 2 | American Express Centurion Bank | 7100-000 | NA | 10,250.02 | 10,250.02 | 1,565.79 |
| 4 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 10,392.73 | 10,392.73 | 1,587.59 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 324,714.00 | $ 54,713.56 | $ 54,713.56 | $ 8,358.05 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-27169 | JSB | Judge: | Janet S. Baer | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | David R. Shelist | | | | Date Filed (f) or Converted (c): | 08/09/2015 (f) |
| | | | | | 341(a) Meeting Date: | 09/21/2015 |
| For Period Ending: | 03/05/2018 | | | | Claims Bar Date: | 07/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Martial Residence - 1833 W. Henderson, Chicago, IL Tenancy b | 1,100,000.00 | 255,000.00 | | 17,500.00 | FA |
| 2. Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account - Oak Bank xx9293-$4400 | 2,200.00 | 2,200.00 | | 0.00 | FA |
| 4. Savings Account - Oak Bank xx9293 | 4,400.00 | 4,400.00 | | 0.00 | FA |
| 5. Ordinary household furnishings: kitchen set, bedroom sets, s | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Ordinary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7. Wedding bank and watch | 600.00 | 0.00 | | 0.00 | FA |
| 8. Golf clubs | 100.00 | 0.00 | | 0.00 | FA |
| 9. Guardian Whole Life Insurance Policy - Wife is Benficiary (C | 38,664.00 | 0.00 | | 0.00 | FA |
| 10. IRA - Invesco | 3,251.00 | 0.00 | | 0.00 | FA |
| 11. PiMCO IRA | 12,268.00 | 0.00 | | 0.00 | PiMFA |
| 12. IRA - New York Life | 8,431.00 | 0.00 | | 0.00 | FA |
| 13. 50% ownership in Unique Concepts LLC d/b/a Denim Lounge | 0.00 | 1.00 | | 0.00 | FA |
| 14. RS Investment account xx884 of minor child 2-Debtor is custo | 0.00 | 0.00 | | 0.00 | FA |
| 15. 10% interest Shelist Partnership (Dissolved) | 0.00 | 0.00 | | 0.00 | FA |
| 16. RS Investment account xx 494 of minor child 1-Debtor is cust | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,171,764.00 | $261,601.00 | | $17,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 8

6/2017 Settlement reached subject to tender of funds, execution of written agreements and court approval (Funds received, motion to approve settlement pending)

6/2016 Waiting for bar date to pass

4/2016 Filed asset report

One half interest in real estate located at 1833 W. Henderson, Chicago, IL held as tenants by the entirety and one half interest in operating retail clothing business

Initial Projected Date of Final Report (TFR): 06/30/2018        Current Projected Date of Final Report (TFR): 06/30/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 15-27169 |
| Case Name: | David R. Shelist |
| Taxpayer ID No: | XX-XXX0701 |
| For Period Ending: | 03/05/2018 |

| | |
|---|---|
| Trustee Name: | STEVEN R. RADTKE |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX6388 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/17 | 1 | David R. Shelist and Wendy Gordon Shelist<br>1833 W. Henderson St.<br>Chicago, IL  60657 | Settlement Re: Residence | 1110-000 | $17,500.00 | | $17,500.00 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.10 | $17,484.90 |
| 08/16/17 | 1001 | Baird & Warner Real Estate<br>4057 North Damen Avenue<br>Chicago, IL 60618 | Payment per order of Court dated 8/15/17 | 3991-000 | | $350.00 | $17,134.90 |
| 11/15/17 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,500.00 | $14,634.90 |
| 11/15/17 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $10.24 | $14,624.66 |
| 11/15/17 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $6,262.50 | $8,362.16 |
| 11/15/17 | 1005 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $4.11 | $8,358.05 |

Page Subtotals: $17,500.00    $9,141.95

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-27169 | Trustee Name: STEVEN R. RADTKE |
| Case Name: David R. Shelist | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6388 |
| | Checking |
| Taxpayer ID No: XX-XXX0701 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/05/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/15/17 | 1006 | American Express Bank Fsb<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 1 representing a payment of 15.28 % per court order. | 7100-000 | | $4,016.78 | $4,341.27 |
| 11/15/17 | 1007 | American Express Centurion Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 2 representing a payment of 15.28 % per court order. | 7100-000 | | $1,565.79 | $2,775.48 |
| 11/15/17 | 1008 | American Express Bank Fsb<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 3 representing a payment of 15.28 % per court order. | 7100-000 | | $1,187.89 | $1,587.59 |
| 11/15/17 | 1009 | Portfolio Recovery Associates, Llc Successor To U.S. Bank National Association (Elan Northern Trust)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 4 representing a payment of 15.28 % per court order. | 7100-000 | | $1,587.59 | $0.00 |
| 02/19/18 | 1009 | Portfolio Recovery Associates, Llc Successor To U.S. Bank National Association (Elan Northern Trust)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 4 representing a payment of 15.28 % per court order. Reversal<br>Check #1009 was never received by creditor; a stop payment order was requested; Check #1010 replaces Check #1009 | 7100-000 | | ($1,587.59) | $1,587.59 |
| 02/21/18 | 1010 | Portfolio Recovery Associates, Llc Successor To U.S. Bank National Association (Elan Northern Trust)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 4 representing a payment of 15.28 % per court order. Check #1010 replaces Check #1009; Check #1009 was never received by creditor and a stop payment order was requested | 7100-000 | | $1,587.59 | $0.00 |

|   |   |
|---|---|
| COLUMN TOTALS | $17,500.00    $17,500.00 |
| Less: Bank Transfers/CD's | $0.00    $0.00 |
| Subtotal | $17,500.00    $17,500.00 |
| Page Subtotals: | $0.00    $8,358.05 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

|  |  |  |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,500.00 | $17,500.00 |

Exhibit 9

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6388 - Checking | $17,500.00 | $17,500.00 | $0.00 |
|  | $17,500.00 | $17,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $17,500.00 |
| **Total Gross Receipts:** | $17,500.00 |

Page Subtotals:        $0.00        $0.00